Gene ALLEN and Deandre Moon,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS.

Appeal of Gene Allen.

Supreme Court of Pennsylvania.

April 15, 1999.

## ORDER

PER CURIAM:

Order of the Commonwealth Court is hereby AFFIRMED.